1 | Robert D. Vogel (SBN 63091)
2 | Robert.Vogel@jacksonlewis.com
  | Monica H. Bullock (SBN 211314)
3 | Monica.Bullock@jacksonlewis.com
  | JACKSON LEWIS P.C.
4 | 200 Spectrum Center Drive, Suite 500
  | Irvine, California 92618
5 | Telephone: (949) 885-1360

6 | Attorneys for Defendant
  | TACONIC CAPITAL ADVISORS L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAFAEL ARROYO, | CASE NO. |
| --- | --- |
| Plaintiff, | **DEFENDANT'S NOTICE OF INTERESTED PARTIES** |
| v. | |
| TACONIC CAPITAL ADVISORS L.P., a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant TACONIC CAPITAL ADVISORS L.P. ("Defendant" or "Taconic"), erroneously sued as TACONIC CAPITAL ADVISORS L.P., a Delaware Limited Liability Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff RAFAEL ARROYO; and

2. Defendant TACONIC CAPITAL ADVISORS L.P.

In the event that, during the course of this litigation, Defendant discovers other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that have a financial interest in the outcome of this litigation, it will file an amended notice.

Dated: January 15, 2021                    JACKSON LEWIS P.C.

By:   */s/ Monica H. Bullock*
        Robert D. Vogel
        Monica H. Bullock

Attorneys for Defendant
TACONIC CAPITAL ADVISORS L.P.

4820-0218-3125, v. 1

**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**

**CASE NAME:**   *Arroyo v. Taconic Capital Advisors L.P.*

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On January 15, 2021, I served the foregoing document(s) described as: **DEFENDANT'S NOTICE OF INTERESTED PARTIES** in this action as follows:

| | |
|---|---|
| Raymond Ballister Jr.<br>Russell Handy<br>Amanda Seabock<br>Zachary Best<br>CENTER FOR DISABILITY ACCESS<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA  92111 | Attorney for Plaintiff<br>ORLANDO GARCIA<br><br>Telephone:  (858) 375-7385<br>russ@potterhandy.com<br>amandas@potterhandy.com<br>best@corfeestone.com |

**[XX]  BY E-MAIL OR ELECTRONIC TRANSMISSION**

Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address stacy.boura@jacksonlewis.com to the persons at the e-mail address listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]**     **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 15, 2021, at Irvine, California.

*/s/ Stacy Boura*
Stacy Boura

4820-0218-3125, v. 1