Robert D. Vogel (SBN 63091)
Robert.Vogel@jacksonlewis.com
Monica H. Bullock (SBN 211314)
Monica.Bullock@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360

Attorneys for Defendant
TACONIC CAPITAL ADVISORS L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>            Plaintiff,<br><br>       v.<br><br>TACONIC CAPITAL ADVISORS L.P., a Delaware Limited Liability Company; and Does 1-10,<br><br>            Defendants. | CASE NO.<br><br>**DEFENDANT'S NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**NOTICE IS HEREBY GIVEN**, pursuant to Local Rule 83-1.3.1, that Defendant TACONIC CAPITAL ADVISORS L.P., erroneously sued as TACONIC CAPITAL ADVISORS L.P., a Delaware Limited Liability, is unaware of any action previously filed or currently pending in the Central District of California that calls for determination of the same or substantially identical questions of law and fact or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

Dated:  January 15, 2021          JACKSON LEWIS P.C.


                              By:    /s/ Monica H. Bullock
                                       Robert D. Vogel
                                       Monica H. Bullock

                                  Attorneys for Defendant
                                  TACONIC CAPITAL ADVISORS L.P.

Case No.                          1              DEFENDANT'S NOTICE
                                                 OF RELATED CASES

1

## CERTIFICATE OF SERVICE

2   **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**

3   **CASE NAME:**   *Arroyo v. Taconic Capital Advisors L.P.*

4   I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive,
5   Suite 500, Irvine, CA 92618.

6   On January 15, 2021, I served the foregoing document(s) described as: **DEFENDANT'S NOTICE OF RELATED CASES** in this action as follows:

7

| | |
|---|---|
8| Raymond Ballister Jr. | Attorney for Plaintiff |
| Russell Handy | ORLANDO GARCIA |
| Amanda Seabock | |
9| Zachary Best | Telephone:  (858) 375-7385 |
| CENTER FOR DISABILITY ACCESS | russ@potterhandy.com |
10| 8033 Linda Vista Road, Suite 200 | amandas@potterhandy.com |
| San Diego. CA  92111 | best@corfeestone.com |

11

12   **[XX] BY E-MAIL OR ELECTRONIC TRANSMISSION**

13   Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-
14   mail address stacy.boura@jacksonlewis.com to the persons at the e-mail address listed above.  I did not receive, within a reasonable time after the transmission, any electronic
15   message or other indication that the transmission was unsuccessful.

16   **[X]    FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18   Executed on January 15, 2021, at Irvine, California.

19

20                                      */s/ Stacy Boura*
                                         Stacy Boura

21

22

23   4828-8785-0454, v. 1

24

25

26

27

28

| Case No. | 2 | DEFENDANT'S NOTICE OF RELATED CASES |
|---|---|---|