1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com

6  Attorneys for Plaintiff, RAFAEL ARROYO

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9

10 RAFAEL ARROYO                    ) Case No.: 8:21-cv-00087-DOC-KES
                                    )
11      Plaintiff,                  )
     v.                             ) **NOTICE OF SETTLEMENT AND
12                                  ) REQUEST TO VACATE ALL
   TACONIC CAPITAL ADVISORS L.P., a ) CURRENTLY SET DATES**
13 Delaware Limited Liability Company; and )
   Does 1-10,                       )
14                                  )
        Defendants.                 )
15                                  )
                                    )
16                                  )

17      The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing.
21      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
22 dates with the expectation that the settlement will be consummated within the coming
23 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
24 parties to be filed.

25                              CENTER FOR DISABILITY ACCESS

26
   Dated: February 26, 2021        By: /s/ Amanda Seabock
27                                     Amanda Seabock
28                                     Attorney for Plaintiff