UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ARROYO

Plaintiff,

v.

TACONIC CAPITAL ADVISORS L.P., a Delaware Limited Liability Company; and Does 1-10,

Defendants.

Case No.: 8:21-cv-00087-DOC-KES

**ORDER**

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: ___________

______________________________
HONORABLE DAVID O. CARTER
United States District Judge